**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| ADRIAN SWITZER and | ) | |
| MICHELLE SWITZER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:21CV585 |
| | ) | |
| TYSON FARMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On April 14, 2022, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. [Docs. #20, 21]. On April 29, 2022, Plaintiffs filed untimely objections. [Doc. #22.] See Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file . . . objections.").

Despite the untimeliness, the Court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Amend Complaint [Doc. #14] is DENIED.

This the 11th day of May, 2022.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge